```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Williams,

               Plaintiff,

   –v–

Curato, D.O. et al,

              Defendants.

21-cv-6768 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's order on September 10, 2021 (Dkt. No. 10), the Court will hold pre-trial conference in this matter on November 5, 2021. The parties were ordered to submit their Proposed Civil Case Management Plan and Joint Letter by October 27, 2021. Dkt. No. 10. The Court orders that the parties file these documents by November 4, 2021 at 12 p.m.

    SO ORDERED.

Dated: November 3, 2021
        New York, New York

                                                  ALISON J. NATHAN
                                                  United States District Judge