USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021

LAW OFFICES OF
# HALPERIN & HALPERIN, P.C.

DAVID HALPERIN (1934-2010)      18 EAST 48TH STREET, NEW YORK, N.Y.  10017-1014
\---------      TELEPHONE (212) 935-2600
STEVEN T. HALPERIN      ---------
JEFFREY WEISKOPF      FACSIMILE (212) 935-2390
\---------
ALEXANDRA A. LANGMO

November 4, 2021

**VIA ECF**
Hon. Alison J. Nathan, Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: Nicole Williams v. Mark Curato, D.O., Daniel Margolis, M.D., Rochelle Joly, M.D. and New York Presbyterian/Weill Cornell Medical Center
21-CV-06768(AJN)

Your Honor:

      We write with the consent of Laura Shapiro, Esq, counsel for defendants Mark Curato, D.O. and Daniel Margolis, M.D., to respectively request an adjournment of the initial pretrial conference in the above-referenced action, which is currently scheduled to occur on November 5, 2021 at 3:30 P.M., since all defendants have not yet appeared in this action.

      This action was initially filed on August 11, 2021, and defendants Mark Curato, D.O. and Daniel Margolis, M.D. were served with Summons and Complaint on September 27, 2021.  Said defendants have since appeared in this action by filing Answers to the Complaint.  Plaintiff was unable to serve defendant New York Presbyterian ("NYP"), but instead requested that said defendant waive service of summons.  Defendant NYP signed such waiver (ECF 14), and has until December 6, 2021 to Answer or otherwise appear in this action.

      Thereafter, on October 25, 2021, plaintiff filed an Amended Complaint (ECF 17) to add Rochelle Joly, M.D. as a defendant herein, which was delivered with Summons to our process server on October 27, 2021.  We are advised that our process server has not yet served Dr. Joly.

Hon. Alison J. Nathan, Judge
November 4, 2021
Page 2

      The undersigned met and conferred with Ms. Shapiro this morning in an attempt to complete the proposed Case Management Plan and Scheduling Order before the remaining defendants appear in this action. We agreed that it would be in the best interest of all parties, including those who have yet to appear, to adjourn the conference to a date where all parties have appeared in this action. Accordingly, we respectfully request that the November 5, 2021 initial pretrial conference be adjourned to a date no sooner than December 6, 2021 – the deadline for defendant NYP to appear.

Respectfully submitted,

\S\

Jeffrey Weiskopf

The pre-trial conference scheduled for November 5, 2021 is adjourned to February 11, 2022 at 3:30 P.M.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
11/4/2021