UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NICOLE WILLIAMS,             :
                             :
        Plaintiff,       :  21-CV-06768 (OTW)
                             :
        -against-        :  **ORDER**
                             :
MARK CURATO, D.O., et al.,   :
                             :
        Defendants.      :
                             :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On March 2, 2022, the Court ordered the parties to submit a proposed case management plan no later than Thursday, March 24, 2022, in advance of the March 31, 2022 conference. The parties are in violation of this Order. The parties are now directed as follows:

- **By 9:00 am on March 30, 2022**, the parties are directed to file a joint proposed case management plan (*see* Proposed Case Management Plan Template: https://nysd.uscourts.gov/sites/default/files/practice_documents/otwReportOfRule26%28f%29MeetingAndProposedCaseManagementPlan.pdf);

- **By 9:00 am on March 30, 2022**, Defendant New York Presbyterian/Weill Cornell Medical Center is directed to file its Rule 7.1. Disclosure Statement. *See* Fed. R. Civ. P. 7.1.(b)(1) ("A party must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court . . . ."); and

- At the March 31, 2022 conference, the parties must be prepared to discuss any faculty appointments of Defendant Curato, Defendant Margolis, or any known non-parties in this case.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: March 28, 2022<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |