**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NICOLE WILLIAMS,

        Plaintiff,

        -against-

MARK CURATO, D.O., et al.,

        Defendants.

------------------------------------------------------------x

21-CV-6768 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court ordered the parties to file a joint status letter on the last Friday of each month. (ECF 47). The parties have failed to comply with this Order for the months of June and July, 2022. The parties are directed to file a joint status letter on August 26, 2022.

**SO ORDERED.**

Dated: August 11, 2022
      New York, New York

           *s/ Ona T. Wang*
           **Ona T. Wang**
           United States Magistrate Judge